# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-353
LT Case No. 16-1999-CF-8429-AXXX

———————————————

LONNIE CHEEKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Lonnie Cheeks, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Darcy Townsend, Assistant Attorney
General, Tallahassee, for Appellee.

August 15, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*